COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No    01-20-00469-CR, *Esau Martinez Munoz v. The State of Texas*

On appeal from the 262nd District Court of Harris County, Texas, Trial Court Case No. 16185921

Pursuant to Texas Rule of Appellate Procedure 34.6(d), the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing State and Defense Exhibit 1 (video), State and Defense Exhibit 2, State and Defense Exhibit 3.

The supplemental reporter's record shall be filed in the First Court of Appeals **no later than Wednesday, November 24, 2021.**

The Clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return them to the clerk of the 262nd District Court.

It is so ORDERED.

Judge's signature:      ____/s/ Peter Kelly_____
                                   Acting individually

Date:                          _____November 12, 2021_____